FILED

2003 DEC 22 P 1: 11

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT C. LODRINI, ET AL | : | CIVIL #: 300-CV-01015-RNC |
| VS. | : | |
| TYLER E. LYMAN, INC., ET AL | : | December 22, 2003 |

## *PLAINTIFF'S MOTION TO REOPEN FILE*

In accordance with the order of the court made on September 26, 2003 the plaintiff does hereby move to have the case reopened and restored to the regular civil docket. [A copy of the court order in question is attached hereto].

In making this motion, plaintiff represents that all pending matters before the superior court of the State of Connecticut are set for hearing on December 23, 2003, which pending matters ought to be decided by the assigned Superior Court judge [Purtill, J.] within 45 days thereof. Upon such rulings the matters in federal court will be ripe for adjudication.

Plaintiffs,

By: _____
James Colin Mulholland
Their Counsel
Fed Bar #: 06585
PO Box 2010
Salem, CT 06420
860-657-8131
860-892-4583 (fax)
jcmulholland@aol.com

1

Copy sent via U.S. Mail to all counsel of record this 22nd day of December, 2003, to wit:

David P. Condon, Esq.
WALLER, SMITH & PALMER, PC
52 Eugene O'Neill Drive
New London, CT 06320

James Colin Mulholland

35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALBERT C. LODRINI, ET AL.,          :
                                    :
     Plaintiffs,                    :
                                    :
V.                                  :   CASE NO. 3:00CV1015 (RNC)
                                    :
TYLER E. LYMAN, ET AL.,             :
                                    :
     Defendants.                    :

ORDER

The case has been stayed indefinitely pending the outcome of proceedings in state court. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file for administrative purposes without prejudice to reopening on or before December 22, 2003.

The date set forth in this order may be extended pursuant to a motion filed in accordance with Local Rule 9.

So ordered.

Dated at Hartford, Connecticut this 26th day of September 2003.

_____
Robert N. Chatigny
United States District Judge