FILED

2004 JAN 30 P 3: 47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT C. LODRINI, ET AL ) | CIVIL ACTION NO. |
| ) | 3:00-CV-01015 (RNC) |
| VS. ) | |
| TYLER E. LYMAN, ET AL ) | |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the Appearance of Mark E. Block of O'Brien, Shafner, Stuart, Kelly & Morris, 138 Main Street, Norwich, Connecticut, as counsel for the Defendants, Tyler E. Lyman, Inc. and Ronald E. Lyman.

Dated at Norwich, Connecticut this 27th day of January 2004.

THE DEFENDANTS

By _____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
860-889-3855
860-886-6352
ct 06557

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 28th day of January 2004 to the following:

James Colin Mulholland, Esquire
P. O. Box 2010
Salem, CT 06420

David P. Condon, Esquire
Waller, Smith & Palmer, P. C.
52 Eugene O'Neill Drive
New London, CT 06320

By _____
Mark E. Block for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
(860) 889-3855
ct 03151