FILED

2004 FEB 25  P  :  4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ALBERT C. LODRINI, ET AL. ) | CIVIL ACTION NO. |
| V. ) | 3:00-CV-01015 (RNC) |
| TYLER E. LYMAN, ET AL. ) | |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the Appearance of Lloyd L. Langhammer of O'Brien, Shafner, Stuart, Kelly & Morris, 138 Main Street, Norwich, Connecticut, as counsel for the Defendants, Tyler E. Lyman, Inc. and Ronald E. Lyman.

Dated at Norwich, Connecticut this 24th day of February 2004.

THE DEFENDANTS

By_____
Lloyd L. Langhammer for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
(860) 889-3855
ct 01508

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 24th day of February 2004 to the following:

Attorney David P. Condon
Waller, Smith & Palmer, P.C.
52 Eugene O'Neill Drive
Post Office Box 88
New London, CT 06320

James Colin Mulholland, Esquire
Post Office Box 2010
Salem, CT 06420

Mr. Albert C. Lodrini
Post Office Box 302
Westwood, NJ 07675

By _____
Lloyd L. Langhammer for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
(860) 889-3855
ct 03151