UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL #: 300-CV-01015-RNC

December 22, 2003

### 'S MOTION TO REOPEN FILE

...der of the court made on September 26, 2003 the plaintiff

...se reopened and restored to the regular civil docket. [A copy

...attached hereto].

..., plaintiff represents that all pending matters before the superior

...icut are set for hearing on December 23, 2003, which pending

...the assigned Superior Court judge [Purtill, J.] within 45 days

...e matters in federal court will be ripe for adjudication.

Plaintiffs,

By: _____
James Colin Mulholland
Their Counsel
Fed Bar #: 06585
PO Box 2010
Salem, CT 06420
860-657-8131
860-892-4583 (fax)
jcmulholland@aol.com

FILED 2003 DEC 22 P 1:11
U.S. DISTRICT COURT
HARTFORD, CT.

---

**March 13, 2004.** Lodrini v. Lyman, 3:03CV01015 (RNC)

Re: Plaintiffs' Motion to Reopen [Doc. #36]

Granted. On March 19, 2003, the court stayed this action pending the conclusion of parallel state proceedings. On Sept. 26, 2003, the court directed the Clerk to close the file for administrative purposes. Defendants counsel have submitted a letter dated February 24, 2004, stating that the state court litigation is now completed and expressing defendants' desire to renew their motion for summary judgment in this court. Accordingly, the stay is hereby lifted and the Clerk is directed to reopen the file. A telephone conference will be held on Monday, April 5, 2004.

So ordered.

Robert N. Chatigny / U.S.D.J.

FILED 2004 MAR 15 P 2:39
U.S. DISTRICT COURT
HARTFORD, CT.