FILED

2004 MAR 16 P 12: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| ALBERT C. LODRINI, ET AL. | : | CIVIL NO. 300-CV-01015-RNC |
| | : | |
| VS. | : | |
| | : | |
| TYLER E. LYMAN, INC., ET AL. | : | MARCH 15, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) the undersigned counsel for the defendants hereby moves

to withdraw his appearance on the ground that the defendants have retained other appearing

counsel. The undersigned will provide the court with the postal receipt cards to establish that

the defendants have received notice of this motion by certified mail.

By_____
David P. Condon, for
Waller, Smith & Palmer, P.C.
Their Attorneys
Fed Bar No. ct10383
52 Eugene O'Neill Drive
New London, CT 06320
(860) 442-0367

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on

March 15, 2004 to all counsel and pro se parties of record, including:

Albert C. Lodrini                          James C. Mulholland, Esq.
P.O. Box 302                               P.O. Box 2010
Westwood, N.J. 07675                       Salem, CT 06420
Pro Se Plaintiff                           Attorney for the Plaintiffs

Lloyd L. Langhammer, Esq.
Mark E. Block, Esq.
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360
Attorneys for the Defendants

And by Certified Mail, Return Receipt Requested, to:

Ronald E. Lyman                            Tyler E. Lyman, Inc.
716 Beaumont Highway                       716 Beaumont Highway
Lebanon, CT 06249                          Lebanon, CT 06249
Defendant                                  Defendant

David P. Condon