UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT C. LODRINI, ET AL. | : | CIVIL NO. 300-CV-01015-RNC |
| VS. | : | |
| TYLER E. LYMAN, INC., ET AL. | : | MARCH 18, 2004 |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO WITHDRAW APPEARANCE**

In support of the undersigned counsel's Motion to Withdraw Appearance dated March 15, 2004, enclosed please find the signed postal receipt cards to establish that the defendants have received notice of this motion by certified mail.

By _____
David P. Condon, for
Waller, Smith & Palmer, P.C.
Their Attorneys
Fed Bar No. ct10383
52 Eugene O'Neill Drive
New London, CT 06320
(860) 442-0367

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gerald E Lyman
   716 Beaumont Highway
   Lebanon CT
   06249

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Julie A Trowbridge   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Julie A Trowbridge           3/16/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1010 0001 6800 8634

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tyler E Lyman Inc.
   716 Beaumont Highway
   Lebanon CT 06249

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Julie A Trowbridge   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Julie A Trowbridge           3/16/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1010 0001 6800 8641

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on March 18, 2004 to all counsel and pro se parties of record, including:

Albert C. Lodrini
P.O. Box 302
Westwood, N.J. 07675
Pro Se Plaintiff

James C. Mulholland, Esq.
P.O. Box 2010
Salem, CT 06420
Attorney for the Plaintiffs

Lloyd L. Langhammer, Esq.
Mark E. Block, Esq.
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360
Attorneys for the Defendants

_____
David P. Condon