FILED

2004 MAR 16 P 12: 02

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT C. LODRINI, ET AL. | : CIVIL NO. 300-CV-01015-RNC |
| VS. | : |
| TYLER E. LYMAN, INC., ET AL. | : MARCH 15, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) the undersigned counsel for the defendants hereby moves to withdraw his appearance on the ground that the defendants have retained other appearing counsel. The undersigned will provide the court with the postal receipt cards to establish that the defendants have received notice of this motion by certified mail.

By _____
David P. Condon, for
Waller, Smith & Palmer, P.C.
Their Attorneys
Fed Bar No. ct10383
52 Eugene O'Neill Drive
New London, CT 06320
(860) 442-0367

March 24, 2004.   Granted. So ordered.
Robert N. Chatigny, U.S.D.J.