FILED

2004 APR 21  A 11: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT C. LODRINI | : | CIVIL # 300-CV-01015-RNC |
| VS. | : | |
| TYLER E. LYMAN, INC., ET AL | : | APRIL 20, 2004 |

### MOTION UNDER RULE 15 (a) BY PLAINTIFF FOR PERMISSION TO AMEND COMPLAINT

The plaintiff does hereby move the court for permission to amend the complaint to:

1. Add a new count claiming double damages on allegations that the defendants commenced and prosecuted a civil action against plaintiff without probable cause in violation section 52-568 of the Connecticut General Statutes. Such factual allegations would be that defendants commenced: (a) Commenced a civil action against plaintiff; (b) such civil action ended in the plaintiff's favor, and (c) defendants did not have probable cause for the prior litigation.

2. Amend the unfair trade practices count of the complaint by adding allegations of defendants' vexatious litigation as aforesaid and to make other adjustments to the allegations.

1

A copy of the proposed amended complaint is attached hereto.

Wherefore, plaintiff prays that his motion be granted.

                                        Plaintiff, Albert C. Lodrini

                                        By: _____
                                              James Colin Mulholland
                                              His Counsel
                                              Fed Bar # 06585
                                              PO Box 2010
                                              Salem, CT 06420
                                              (860) 657-8131
                                              jcmulholland@al.com

A copy of this amended complaint was sent via US mail to all counsel of record this 20TH day of APRIL, 2004, to wit:

O'BRIEN, SHAFNER, STUART, KELLY & MORRIS
138 Main Street
PO Box 310
Norwich, CT 06360

_____
James Colin Mulholland